(A.R.D. 107)

DANIEL F. YOUNG, INC.
(PERFECTION IMPORT & EXPORT CO.) ET AL. } *v.* UNITED STATES

Entry No. 41184, etc.

Second Division, Appellate Term

(Decided June 4, 1959)

*Jordan & Klingaman* for the appellants.
*George Cochran Doub,* Assistant Attorney General, for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

LAWRENCE, Judge: This application for review of Reap. Dec. 9173 (40 Cust. Ct. 860), which covered the appeals for a reappraisement enumerated in the schedule, attached to and made part of this decision, having been formerly abandoned, is dismissed.

Judgment will be entered accordingly.

(A.R.D. 108)

DAN BRECHNER & COMPANY *v.* UNITED STATES

Entry No. 24694–2, etc.

Second Division, Appellate Term

(Decided June 4, 1959)

*Jordan & Klingaman* for the appellant.
*George Cochran Doub,* Assistant Attorney General, for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

LAWRENCE, Judge: This application for review of Reap. Dec. 8994 (39 Cust. Ct. 651), which covered the appeals for a reappraisement enumerated in the schedule, attached to and made a part of this decision, having been formerly abandoned, is dismissed.

Judgment will be entered accordingly.